```
                                    FILED
                              08 FEB 13 PM 4:58

                              BY:        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0364 JAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| ANGEL VILLEGAS-TIRADO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Angel Villegas-Tirado</u>, Criminal Case No. 08CR0031-JAH.

DATED: February 13, 2008.

KAREN P. HEWITT
United States Attorney

*(signature)*
CAROLINE P. HAN
Assistant U.S. Attorney