```
KAREN P. HEWITT
United States Attorney
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
California State Bar No. 166022
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7843/(619) 557-7381 (Fax)
Email: Christopher.Tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br>ANGEL VILLEGAS-TIRADO,       )<br>                             )<br>            Defendant.       )<br>_____) | Criminal Case No. 08CR0364-JAH<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please call me if you have any questions about this notice.

DATED:   February 23, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney


                                    _s/ Christopher P. Tenorio_
                                    CHRISTOPHER P. TENORIO
                                    Assistant U.S. Attorney

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   | UNITED STATES DISTRICT COURT |
| 6   | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | Case No. 08CR0364-JAH |
| 8 | Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| 9 | v. ) | |
| 10 | ANGEL VILLEGAS-TIRADO, ) | |
| 11 | Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

   I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   **Gary Edwards, Esq.**

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 23, 2008.

                                s/ *Christopher P. Tenorio*
                                CHRISTOPHER P. TENORIO
                                Assistant U.S. Attorney

2