**FILED**

JUL 30 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ANGEL VILLEGAS-TIRADO, <br><br> Defendant - Appellant. | No. 08-50309 <br><br> D.C. No. 3:08-cr-00364-JAH <br> Southern District of California, <br> San Diego <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appointed counsel Gary L. Edwards, Esq., 6445 Avenida Cresta, La Jolla, California 92037, (858) 456-4403, to be relieved as counsel and for the appointment of new counsel is granted.  Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Magistrate Judge Louisa S. Porter, U.S. District Court for the Southern District of California, 940 Front Street, Suite 1140, San Diego, California 92101-8925, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by September 2, 2008. The transcript is due October 2, 2008. Appellant's opening brief and excerpts of record are due November 12, 2008; appellee's answering brief is due December 12, 2008; and the optional reply brief is due 14 days after service of the answering brief.

Counsel Edwards is advised that all motions to withdraw as counsel should be accompanied by proof of service on the defendant, showing defendant's current address. *See* 9th Cir. R. 4-1(c).

According to the Bureau of Prisons Inmate Locator, appellant's Reg. No. is 45683-198 and his housing status is "in transit." Accordingly, within 21 days after the date of this order, Assistant United States Attorney Christopher P. Tenorio shall serve a copy of this order on appellant and file proof of such service with this court showing appellant's current address.

The Clerk shall also serve this order on former counsel.