FILED
AUG - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _AKC_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ANGEL VILLEGAS-TIRADO,<br><br>Defendant-Appellant. | Civil No.  Southern District No.<br>08cr0364-JAH<br><br>Ninth Circuit No.<br>08-50309<br><br>**ORDER APPOINTING COUNSEL** |

On July 30, 2008, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant ANGEL VILLEGAS-TIRADO. Therefore, **IT IS HEREBY ORDERED**:

1. **Martha Hall, Esq.**, is appointed to represent Defendant-Appellant ANGEL VILLEGAS-TIRADO, Southern District of California number 08cr0364-JAH, Ninth Circuit number 08-50309.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, the attached docket sheet, and the attached order *immediately* to **Martha Hall, Esq., 964 Fifth Ave. Ste 214 San Diego, CA 92101.** Counsel's telephone number is **(619) 544-1451**.

///

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 8/7/08

LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers