**FILED**

UNITED STATES COURT OF APPEALS

SEP 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-50309 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:08-cr-00364-JAH-1<br>Southern District of California,<br>San Diego |
| v. | |
| ANGEL VILLEGAS-TIRADO, | ORDER |
| Defendant - Appellant. | |



Due to a delay in the appointment of counsel the court, sua sponte, resets the briefing schedule for this appeal. Appellant shall designate the reporter's transcript by October 15, 2008. The transcript is due November 14, 2008. Appellant's opening brief and excerpts of record are due December 24, 2008; appellee's answering brief is due January 23, 2009; and the optional reply brief is due within 14 days after service of the answering brief.

dl/Appellate Commissioner